**Dated: February 26, 2021**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:

ERIN JOYCE MCKINNEY

CASE NO.  19-12615 - SAH
CHAPTER 7

### ORDER GRANTING ARMANDO J. ROSELL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon representation of Counsel, Counsel of Record for Creditor Sean Harshaw ("Harshaw") filed a Second Amended Motion to Withdraw as Attorney of Record ("Motion") on January 20, 2021, and notice there of was served upon the Debtors, to all parties in interest requesting notice and to the Trustee pursuant to Local Bankruptcy Rule 9007, and no objection

to the Motion has been timely served on the Counsel of Record for Harshaw within the Notice Period which expired February 3, 2021, which was the last day for filing objections thereto.

IT IS THEREFORE ORDERED by the Court that the Motion to Withdraw as Attorney of Record for Creditor Harshaw, is sustained, that Armando J. Rosell is hereby withdrawn as Counsel of Record for the Creditor Sean Harshaw, and Armando J. Rosell is not required to receive nor transmit future pleadings on behalf of Harshaw.

IT IS ALSO THEREFORE ORDERED that all notices be sent to attorney Aaron Stiles of the Downtown Legal Group, LLC, 114 W. Main Street, Norman, OK 73069, as Harshaw's new counsel.

All findings of fact are based upon representation of Counsel for Creditor Harshaw.

# # #

APPROVED AS TO FORM:

 /s/ Armando J. Rosell
Armando J. Rosell (OBA #18821)
ROSELL LAW GROUP, L.L.P.
101 N. Robinson Avenue
Suite 700 Corporate Tower
Oklahoma City, Oklahoma 73102
(405) 702.0888 - Telephone
(405) 601.8751 – Facsimile
Email: arosell@roselllawgroup.com
*Attorney for Creditor, Sean Harshaw*